UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR21-108 RSM |
|---|---|
| Plaintiff, | ORDER ON MOTION FOR WITHDRAWAL |
| v. | |
| RAFAEL RAMIREZ, | |
| Defendant. | |

This matter having come before the Court on Stipulated Motion to Withdraw and Substitute Counsel, and the Court being fully advised, IT IS HEREBY ORDERED that Karen L. Unger is allowed to withdraw as counsel of record for Defendant Rafael Ramirez in the above-captioned case, that she is removed from the electronic service list in this case, and that Francisco A. Duarte and Megan M. Dunn of Fury Duarte, P.S. be substituted as lead counsel for the Defendant Rafael Ramirez.

Dated this 14th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

FURY DUARTE PS
s/ Francisco A. Duarte
Francisco A. Duarte, WSBA No. 24056
Megan M. Dunn, WSBA No. 47939

Order - 1 of 1
(Cause No. CR21-108 RSM)

FURY DUARTE PS
TRIAL LAWYERS

1606 148th Avenue SE
Suite # 200
Bellevue, WA 98007
T: (425) 643-1606
F: (425) 643-2606