UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR21-108-RSM |
| Plaintiff, | |
| v. | **PRELIMINARY** |
| RAFAEL RAMIREZ, | **ORDER OF FORFEITURE** |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Preliminary Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Rafael Ramirez's interest in the following property:

1.   $108,719 in U.S. currency seized from the primary bedroom of Defendant's residence, on or about June 30, 2021.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS that entry of a Preliminary Order of Forfeiture is appropriate because:

- The above-identified currency is forfeitable pursuant to 21 U.S.C. § 853(a), as property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the Defendant's commission of Conspiracy to

Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846; and,

- Pursuant to the Plea Agreement he entered on January 20, 2023, the Defendant agreed to forfeit the above-identified currency, which is subject to forfeiture pursuant 21 U.S.C. § 853(a). Dkt. No. 393, ¶¶ 8, 11.

NOW, THEREFORE, THE COURT ORDERS:

1.      Pursuant to 21 U.S.C. § 853(a), and his Plea Agreement, the Defendant's interest in the above-identified currency is fully and finally forfeited, in its entirety, to the United States;

2.      Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this Preliminary Order will be final as to the Defendant at the time he is sentenced, it will be made part of the sentence, and it will be included in the judgment;

3.      The United States Department of Justice, the Federal Bureau of Investigation, and/or their authorized agents or representatives, shall maintain the above-identified currency in its custody and control until further order of this Court;

4.      Pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n), the United States shall publish notice of this Preliminary Order and its intent to dispose of the currency as permitted by governing law. The notice shall be posted on an official government website—www.forfeiture.gov—for at least thirty (30) days. For any person known to have alleged an interest in the currency, the United States shall also, to the extent possible, provide direct written notice to that person. The notice shall state that any person, other than the Defendant, who has or claims a legal interest in the above identified currency must file a petition with the Court within sixty (60) days of the first day of publication of the notice (which is thirty (30) days from the last day of publication), or within thirty (30) days of receipt of direct written notice, whichever is earlier. The notice shall advise all interested persons that the petition:

Preliminary Order of Forfeiture - 2
*United States v. Ramirez,* CR21-108-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

      a.     shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the currency;

      b.     shall be signed by the petitioner under penalty of perjury; and

      c.     shall set forth the nature and extent of the petitioner's right, title, or interest in the currency, as well as any facts supporting the petitioner's claim and the specific relief sought.

5.     If no third-party petition is filed within the allowable time period, the United States shall have clear title to the currency, and this Preliminary Order shall become the Final Order of Forfeiture as provided by Fed. R. Crim. P. 32.2(c)(2);

6.     If a third-party petition is filed, upon a showing that discovery is necessary to resolve factual issues presented by that petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure before any hearing on the petition is held. Following adjudication of any third-party petitions, the Court will enter a Final Order of Forfeiture, pursuant to Fed. R. Crim. P. 32.2(c)(2) and 21 U.S.C. § 853(n), reflecting that adjudication; and

7.     The Court will retain jurisdiction for the purpose of enforcing this Preliminary Order, adjudicating any third-party petitions, entering a Final Order of Forfeiture, and amending the Preliminary Order or Final Order as necessary pursuant to Fed. R. Crim. P. 32.2(e).

IT IS SO ORDERED.

DATED this 24th day of February, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Preliminary Order of Forfeiture - 3
*United States v. Ramirez,* CR21-108-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2

3   Presented by:

4

5   *s/Krista K. Bush*
    KRISTA K. BUSH
6   Assistant United States Attorney
    United States Attorney's Office
7   700 Stewart St., Suite 5220
    Seattle, WA 98101
8   (206) 553-2242
    Fax: 206-553-6934
9   Krista.Bush@usdoj.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Preliminary Order of Forfeiture - 4
*United States v. Ramirez,* CR21-108-RSM