The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RAFAEL RAMIREZ,<br><br>  Defendant. | NO. CR21-108 RSM<br><br>ORDER TO SEAL EXHIBITS 2, 3, AND 4 |

Having reviewed the Government's Motion to Seal and because of the sensitive and personal information contained in Exhibit 2 (Bond Revocation Hearing Transcript), Exhibit 3 (Doe Interview Report), and Exhibit 4 (Doe Presentence Report) to the Government's Sentencing Memorandum, it is hereby ORDERED that the Exhibits shall remain sealed.

DATED this 30th day of May, 2023.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Lyndsie R. Schmalz*
LYNDSIE R. SCHMALZ
ERIN H. BECKER
Assistant United States Attorney

Order to Seal Exhibits 2, 3, and 4 - 1
*United States v. Ramirez* / CR21-108 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970