The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR21-108 RSM |
|---|---|
| v. | **ORDER GRANTING MOTION TO EXTEND TIME TO FILE A RESPONSE** |
| RAFAEL RAMIREZ, Defendant. | |

Before the Court is the United States Motion to Extend Time to File a Response. Upon review of the motion, the Court finds that the United States has shown good cause and GRANTS the motion. It is hereby ORDERED that the respondent may file its response to the Defendant's Motion for Compassionate Release by December 2, 2024.

DATED this 15th day of November, 2024.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Lyndsie R. Schmalz*
LYNDSIE R. SCHMALZ
Assistant United States Attorney

Order Granting Motion to Extend Time — 1
*United States v. Ramirez*, CR21-18 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970