The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL RAMIREZ,<br><br>Defendant. | NO. CR21-108 RSM<br><br>ORDER TO SEAL EXHIBIT 2 TO DECLARATION OF FRANCISCO A. DUARTE |

Having reviewed the parties' Motion to Seal Exhibit 2 to the Declaration of Francisco A. Duarte filed in support of Rafael Ramirez's Supplemental Motion for Compassionate Release, as well as the document at issue, and because of the sensitive and personal information contained in the document, it is hereby ORDERED that Exhibit 2 shall be placed under seal and remain under seal.

DATED this 13th day of January, 2025.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Lyndsie R. Schmalz*
LYNDSIE R. SCHMALZ
Assistant United States Attorney

Order to Seal Exhibit 2 - 1
*United States v. Rafael Ramirez* / CR21-108 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970